# Exhibit 7

| Claim | US6885643 1 Basic WiFi (ac and ax) | US6928166 13 WiFi Authentication | US7127210 20 BT One Device | US7039445 13 WiFi Beamforming |
|---|---|---|---|---|
| Amazon eero | x | x | | x |
| Amazon eero Pro | x | x | | x |
| Amazon eero Beacon | x | x | | x |
| Amazon Echo Dot (3rd generation) | x | x | x | x |
| Amazon Echo Dot (1st and 2nd Generation) | | x | x | x |
| Amazon Echo Plus (2nd and 3rd generations) | x | x | x | x |
| Amazon Echo Plus (1st generation) | | x | x | x |
| Amazon Tap | | x | x | |
| Amazon Echo (2nd and 3rd generation) | | x | x | |
| Amazon Echo (1st generation) | | x | x | x |
| Amazon Echo Show | x | x | x | x |
| Amazon Kindle Fire: | | | | |
|   Fire HD 8 (2018) | x | | x | |
|   Fire HD 10 (2015) | x | | x | |
|   Fire HDX 8.9 (2014) | x | | x | x |
|   Fire HD 10 (2017) | x | | x | |
|   Fire HD 10 (2019) | x | | x | |
|   Kindle Fire HDX 8.9 (2013) | | | x | |
|   Kindle Fire HDX (2013) | | | x | |
|   Kindle Fire HD (2013) | | | x | |
|   Kindle Fire HD 8.9 (2012) | | | x | |
|   Kindle Fire HD 7(2012) | | | x | |
|   Kindle Fire (2012) | | | x | |
|   Kindle Fire (2011) | | | x | |
|   Fire (2015) | | | x | |
|   Fire HD 10 (2015) | | | x | |
|   Fire HD 6 (2014) | | | x | |
|   Fire HD 7 (2014) | | | x | |
|   Fire 7 (2017) | | | x | |
|   Fire HD 8 (2017) | | | x | |
|   Fire HD 8 (2016) | | | x | |