# Exhibit 9

*Preliminary Claim Chart Showing Infringement of Claim 13 of the U.S. Patent No. 6,928,166 by Amazon*

# Amazon Echo Dot w/ WiFi



*Preliminary Claim Chart Showing Infringement of Claim 13 of the U.S. Patent No. 6,928,166 by Amazon*

13. An authentication processing method of a radio communication which authenticates a device, the method comprising:

    selecting a security level from a plurality of security levels in accordance with a condition of the radio communication;

    receiving a request for an authentication from the device;

    receiving authentication information from the device;

    checking whether the received information from the device is valid or not depending on the selected security level; and

    sending a response of the check result which authenticates or rejects the device thereto.

*Preliminary Claim Chart Showing Infringement of Claim 13 of the U.S. Patent No. 6,928,166 by Amazon*

| Claim 13 | |
|---|---|
| An authentication processing method of a radio communication which authenticates a device, the method comprising: | Source: https://www.pinterest.com/pin/834995587143245059/ |

- 120 -

*Preliminary Claim Chart Showing Infringement of Claim 13 of the U.S. Patent No. 6,928,166 by Amazon*

| Claim 13 | |
|---|---|
| selecting a security level from a plurality of security levels in accordance with a condition of the radio communication; | https://www.online-tech-tips.com/gadgets/getting-started-new-amazon-echo/<br><br>[Wi-Fi settings screenshot showing FiOS-ZOPPY-5G selected and Amazon-WVM network available; Amazon-WVM highlighted with red dashed box, and the open (no lock) indicator highlighted with green dashed box]<br><br>When the light is orange on the Echo, you should see an **Amazon-WVM** WiFi network that you can connect to. Once you connect to that network, go ahead and open the Alexa app on your device. It should automatically detect that you are trying to setup the device, but if not, tap the three horizontal lines at the top left, then tap on **Settings** and then tap on **Set up a new device**.<br><br>{e.g. "condition" is the SSID selected and implemented by Echo Dot}<br><br>{e.g. selected security level is "Open" (no lock)}<br><br>https://www.netspotapp.com/wifi-encryption-and-security.html<br><br>**Which security method will work for your network**<br><br>Here is the basic rating from best to worst of the modern WiFi security methods available on modern (after 2006) routers:<br><br>WPA2 + AES<br>WPA + AES<br>WPA + TKIP/AES (TKIP is there as a fallback method)<br>WPA + TKIP<br>WEP<br>Open Network (no security at all) |

- 121 -

4

*Preliminary Claim Chart Showing Infringement of Claim 13 of the U.S. Patent No. 6,928,166 by Amazon*

| Claim 13 | |
|---|---|
| receiving a request for an authentication from the device; | Source: https://mrncciew.com/2014/10/10/802-11-mgmt-authentication-frame/<br><br>[Diagram: Open System Authentication — Client Station 84:38:38:5b:63:d5 exchanges Authentication Request, Authentication Response, Association Request, Association Response with Access Point b8:38:61:99:1a:af {e.g. Echo Dot}] |

*Preliminary Claim Chart Showing Infringement of Claim 13 of the U.S. Patent No. 6,928,166 by Amazon*

| Claim 13 | |
|---|---|
| receiving authentication information from the device; | Source: https://mrncciew.com/2014/10/10/802-11-mgmt-authentication-frame/ <br><br> ```
Packet Info
   Packet Number:       247
   Flags:               0x00000000
   Status:              0x00000000
   Packet Length:       45
   Timestamp:           14:34:51.188952000 10/05/2014
   Data Rate:           48   24.0 Mbps
   Channel:             149  5745MHz  802.11a
   Signal Level:        50%
   Signal dBm:          -45
   Noise Level:         48%
   Noise dBm:           -93
802.11 MAC Header
   Version:             0 [0 Mask 0x03]
   Type:                %00    Management [0 Mask 0x0C]
   Subtype:             %1011  Authentication [0 Mask 0xF0]
   Frame Control Flags=%00000000
   Duration:            44   Microseconds [2-3]
   Destination:         B8:38:61:99:1A:AF [4-9]
   Source:              84:38:38:5B:63:D5 [10-15]
   BSSID:               B8:38:61:99:1A:AF [16-21]
   Seq Number:          1157 [22-23 Mask 0xFFF0]
   Frag Number:         0 [22 Mask 0x0F]
802.11 Management - Authentication
   Auth Algorithm:      0   Open System [24-25]
   Auth Seq Num:        1 [26-27]
   Status Code:         0   Reserved [28-29]
   Extra bytes (Padding):(11 bytes) [30-40]
   [41-44]   FCS:       FCS=0xEB8E802B
``` |

*Preliminary Claim Chart Showing Infringement of Claim 13 of the U.S. Patent No. 6,928,166 by Amazon*

| Claim 13 | |
|---|---|
| checking whether the received information from the device is valid or not depending on the selected security level; and | Source: https://mrncciew.com/2014/10/10/802-11-mgmt-authentication-frame/ |

*Preliminary Claim Chart Showing Infringement of Claim 13 of the U.S. Patent No. 6,928,166 by Amazon*

| Claim 13 | |
|---|---|
| sending a response of the check result which authenticates or rejects the device thereto. | Source: https://mrncciew.com/2014/10/10/802-11-mgmt-authentication-frame/  |

- 125 -

8