# Exhibit 10

*Preliminary Claim Chart Showing Infringement of Claim 13 of the U.S. Patent No. 7,039,445 by Amazon*



*Preliminary Claim Chart Showing Infringement of Claim 13 of the U.S. Patent No. 7,039,445 by Amazon*

13. A communication method for setting a wireless link between a first device and a second device, comprising the steps of:

setting a range for a message transmitted from the first device in a main body of the first device and outputting first control information in accordance with the set range from the main body, wherein the message is for searching for the second device;

receiving the first control information from the main body in a controller connected to the main body via a data interface, and outputting second control information based on the received first control information from the controller; and

controlling one of a transmission amplifier, connected to the controller, which amplifies the message based on the second control information and which transmits the amplified message to an antenna and an antenna control section, connected to the controller and the antenna, which controls an antenna directivity of the antenna based on the second control information output from the controller.

Preliminary Claim Chart Showing Infringement of Claim 13 of the U.S. Patent No. 7,039,445 by Amazon

| Claim 13 | |
|---|---|
| A communication method for setting a wireless link between a first device and a second device, comprising: | Source: https://www.amazon.com/Introducing-eero-mesh-WiFi-system-3-pack-/dp/B07WMLPSRL  |

Preliminary Claim Chart Showing Infringement of Claim 13 of the U.S. Patent No. 7,039,445 by Amazon

| Claim 13 | |
|---|---|
| setting a range for a message transmitted from the first device in a main body of the first device and outputting first control information in accordance with the set range from the main body, wherein the message is for searching for the second device; | Source: https://support.eero.com/hc/en-us/articles/207548396-What-is-the-range-of-each-eero-<br><br>**What is the range of each eero?**<br><br>Generally, one eero can cover up to 1,500 square feet.<br><br>However, eero's range may vary based on characteristics of your home including, but not limited to, its building materials, layout, interference, and eero placement. |

*Preliminary Claim Chart Showing Infringement of Claim 13 of the U.S. Patent No. 7,039,445 by Amazon*

| Claim 13 | |
|---|---|
| setting a range for a message transmitted from the first device in a main body of the first device and outputting first control information in accordance with the set range from the main body, wherein the message is for searching for the second device; | Source: https://community.cisco.com/t5/wireless-mobility-documents/the-significance-of-beacon-frames-and-how-to-configure-the/ta-p/3132525  |

- 130 -

*Preliminary Claim Chart Showing Infringement of Claim 13 of the U.S. Patent No. 7,039,445 by Amazon*

| Claim 13 | |
|---|---|
| receiving the first control information from the main body in a controller connected to the main body via a data interface, and outputting second control information based on the received first control information from the controller; and | Source: https://fccid.io/2AEM4-A010001/Internal-Photos/Internal-Photos-2858664  |

- 131 -

*Preliminary Claim Chart Showing Infringement of Claim 13 of the U.S. Patent No. 7,039,445 by Amazon*

| Claim 13 | |
|---|---|
| receiving the first control information from the main body in a controller connected to the main body via a data interface, and outputting second control information based on the received first control information from the controller; and | Source: https://www.rfwireless-world.com/Terminology/Analog-Beamforming-vs-Digital-Beamforming.html  Source: https://fccid.io/2AEM4-A010001/Internal-Photos/Internal-Photos-2858664  |

- 132 -

7

*Preliminary Claim Chart Showing Infringement of Claim 13 of the U.S. Patent No. 7,039,445 by Amazon*

| Claim 13 | |
|---|---|
| controlling one of a transmission amplifier, connected to the controller, which amplifies the message based on the second control information and which transmits the amplified message to an antenna and an antenna control section, connected to the controller and the antenna | Source: https://www.rfwireless-world.com/Terminology/Analog-Beamforming-vs-Digital-Beamforming.html  |

*Preliminary Claim Chart Showing Infringement of Claim 13 of the U.S. Patent No. 7,039,445 by Amazon*

| Claim 13 | | |
|---|---|---|
| controlling one of a transmission amplifier, connected to the controller, which amplifies the message based on the second control information and which transmits the amplified message to an antenna and an antenna control section, connected to the controller and the antenna |  Source: https://www.rfwireless-world.com/Terminology/Analog-Beamforming-vs-Digital-Beamforming.html | Source: https://fccid.io/2AEM4-A010001/Internal-Photos/Internal-Photos-2858664 |

- 134 -

9

**Preliminary Claim Chart Showing Infringement of Claim 13 of the U.S. Patent No. 7,039,445 by Amazon**

| Claim 13 | |
|---|---|
| which **controls an antenna directivity of the antenna** based on the second control information output from the controller. | Source: https://www.androidcentral.com/eero<br><br>**What's new in the second-gen eero?**<br><br>Tri-band. That's the main improvement here, the ability to broadcast at 2.4Ghz, 5.2Ghz and 5.8Ghz at the same time, <u>with 2x2 MU-MIMO beamforming antennas</u>. eero claims that the new system is twice as powerful as the previous one, meaning using the same setup in the same house you'll theoretically get twice the speed and twice the distance.<br><br><br><br>https://www.cleanpng.com/png-beamforming-ieee-802-11ac-multi-user-mimo-wireless-2135144/ |

*Preliminary Claim Chart Showing Infringement of Claim 13 of the U.S. Patent No. 7,039,445 by Amazon*

| Claim 13 | |
|---|---|
| which controls an antenna directivity of the antenna based on the second control information output from the controller. | Source: https://www.rfwireless-world.com/Terminology/Analog-Beamforming-vs-Digital-Beamforming.html <br><br> Source: https://fccid.io/2AEM4-A010001/Internal-Photos/Internal-Photos-2858664 |

- 136 -

11