# Exhibit 11

*Preliminary Claim Chart Showing Infringement of Claim 20 of the U.S. Patent No. 7,127,210 by Amazon*

# Amazon Echo Dot w/ Bluetooth



1

*Preliminary Claim Chart Showing Infringement of Claim 20 of the U.S. Patent No. 7,127,210 by Amazon*

20.  A communication apparatus comprising:

a unit configured to establish a connection with a first wireless communication apparatus in a first mode; and

a unit configured to control a connection from a second wireless communication apparatus when the connection with the first wireless communication apparatus is established, wherein the control unit sets up a second mode in which, in a state where the connection with the first wireless communication device is established, the communication apparatus is inhibited from establishing a connection with the second wireless communication apparatus with respect to a connection request from the second wireless communication device.

*Preliminary Claim Chart Showing Infringement of Claim 20 of the U.S. Patent No. 7,127,210 by Amazon*

| Claim 20 | |
|---|---|
| 20. A communication device, comprising: | Source: https://www.amazon.com/Echo-Dot/dp/B07FZ8S74R?th=1  |

*Preliminary Claim Chart Showing Infringement of Claim 20 of the U.S. Patent No. 7,127,210 by Amazon*

| Claim 20 | |
|---|---|
| a unit configured to establish a connection with a first wireless communication apparatus in a first mode; and | https://www.briandorey.com/post/echo-dot-3rd-gen-smart-speaker-teardown<br><br>In the centre of the PCB is a metal shield. Under the shield you will find a MediaTek MT7658CSN dual-band Wi-Fi and Bluetooth controller with an ARM Cortex-R4 CPU. The MT7658CSN manages communication to wi-fi and Bluetooth devices and connects to two PCB antennas located on the outer edges of the board.<br><br>There is also a Fairchild 74LCX74 dual D-Type flip-flop which appears to switch the microphones on and off.<br><br> |

*Preliminary Claim Chart Showing Infringement of Claim 20 of the U.S. Patent No. 7,127,210 by Amazon*

| Claim 20 | |
|---|---|
| a unit configured to establish a connection **with a first wireless communication apparatus** in a first mode; and | Source: https://www.howtogeek.com/310585/how-to-pair-your-amazon-echo-to-bluetooth-speakers-for-bigger-sound/ <br><br> ## How to Pair Your Echo Device and Bluetooth Speakers <br><br> Once you've decided on your speaker setup (which is, by far, the most time consuming part) it's onto the easy part: pairing your Echo device to those speakers. Plug in your speakers and/or the additional Bluetooth adapter, if present. Plug in your Echo device nearby (anywhere in the general vicinity is fine, Bluetooth has a range of around 30 feet). Grab whatever device you normally use to access your Echo's settings (e.g. your iPhone with the Alexa app installed or your laptop with alexa.amazon.com loaded in the web browser). <br><br> First, put your Bluetooth speaker or adapter into pairing mode. This is different depending on your particular device, so consult the user manual or Google the model number to check the instructions. <br><br> Second, access the Alexa control panel via your phone or a web browser. Click on Settings and then select the Echo device you wish to pair from the "Devices" list. <br><br> In the first subsection, labeled "Wireless", click on "Bluetooth". <br><br> **Settings** <br> Wireless <br> Update Wi-Fi AmazonEcho1 <br> Bluetooth <br> Connected to remote |

*Preliminary Claim Chart Showing Infringement of Claim 20 of the U.S. Patent No. 7,127,210 by Amazon*

| Claim 20 | |
|---|---|
| a unit configured to establish a connection **with a first wireless communication apparatus** in a first mode; and | Source: https://www.howtogeek.com/310585/how-to-pair-your-amazon-echo-to-bluetooth-speakers-for-bigger-sound/ <br><br> After you've selected your speaker, you'll see the speaker listed in the Bluetooth devices. <br><br> <br><br> Make a mental note of what the speaker or adapter is called. That way, if your Echo disconnects for some reason you can always give it a verbal instruction to reconnect to a nearby and previously paired Bluetooth device by saying "Alexa, connect to Nyne Bass" (or whatever your speaker is called). |

*Preliminary Claim Chart Showing Infringement of Claim 20 of the U.S. Patent No. 7,127,210 by Amazon*

| Claim 20 | |
|---|---|
| a unit configured to control a connection from a second wireless communication apparatus when the connection with the first wireless communication apparatus is established | https://www.briandorey.com/post/echo-dot-3rd-gen-smart-speaker-teardown <br><br> ## Processor PCB with shielding removed <br><br> The metal shield can be removed using a small screwdriver.  Under the shield you will find the Echo Dots main CPU and Flash memory. <br><br> The Echo Dot uses a Mediatek MT8516BAAA Quad-core, 64-bit ARM® Cortex-A35 MPCore processor. <br><br> Next to the processor is a Samsung KMFN60012M-B214 8GB eMMC memory chip. <br><br>  |

*Preliminary Claim Chart Showing Infringement of Claim 20 of the U.S. Patent No. 7,127,210 by Amazon*

| Claim 20 | |
|---|---|
| a unit configured to control a connection from a second wireless communication apparatus when the connection with the first wireless communication apparatus is established | https://www.howtogeek.com/310585/how-to-pair-your-amazon-echo-to-bluetooth-speakers-for-bigger-sound/<br><br>After you've selected your speaker, you'll see the speaker listed in the Bluetooth devices.<br><br><br><br>Make a mental note of what the speaker or adapter is called. That way, if your Echo disconnects for some reason you can always give it a verbal instruction to reconnect to a nearby and previously paired Bluetooth device by saying "Alexa, connect to Nyne Bass" (or whatever your speaker is called). |

*Preliminary Claim Chart Showing Infringement of Claim 20 of the U.S. Patent No. 7,127,210 by Amazon*

| Claim 20 | |
|---|---|
| wherein the control unit sets up a second mode in which, in a state where the connection with the first wireless communication device is established | https://www.howtogeek.com/310585/how-to-pair-your-amazon-echo-to-bluetooth-speakers-for-bigger-sound/<br><br>After you've selected your speaker, you'll see the speaker listed in the Bluetooth devices.<br><br>**Settings**<br><br>Bluetooth Devices<br>Select a previously paired device<br><br>⁑ iPhone ⌄<br>⁑ Nyne Bass ⌄<br><br>Pair a New Device<br><br>Make a mental note of what the speaker or adapter is called. That way, if your Echo disconnects for some reason you can always give it a verbal instruction to reconnect to a nearby and previously paired Bluetooth device by saying "Alexa, connect to Nyne Bass" (or whatever your speaker is called). |

*Preliminary Claim Chart Showing Infringement of Claim 20 of the U.S. Patent No. 7,127,210 by Amazon*

| Claim 20 | |
|---|---|
| the communication apparatus is inhibited from establishing a connection with the second wireless communication apparatus with respect to a connection request from the second wireless communication device. | Source: https://www.consumerreports.org/smart-speakers/how-to-make-your-bluetooth-speaker-work-like-a-smart-speaker/<br><br>## Pair Your Amazon Echo Dot<br><br>Begin with a Dot (or other Alexa-powered device) that's already set up, and then make sure the speaker is on and the volume is turned up. Disconnect any other Bluetooth devices from the Dot because it can only connect to one device at a time. Do the same for the speaker because it will have a tendency to search for devices, like your phone, it's been previously paired with.<br><br>1. Turn on pairing mode on your Bluetooth speaker. If you don't know how to do this, refer to the user guide for your Bluetooth speaker, although pressing the pairing button for a few seconds works for many models.<br><br>2. Open the Alexa app on your smartphone. |

*Preliminary Claim Chart Showing Infringement of Claim 20 of the U.S. Patent No. 7,127,210 by Amazon*

| Claim 20 | |
|---|---|
| the communication apparatus is inhibited from establishing a connection with the second wireless communication apparatus with respect to a connection request from the second wireless communication device. | https://www.bluetooth.org/docman/handlers/DownloadDoc.ashx?doc_id=86173 page 11  |