JS-6

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| AMAZON.COM, INC., a Delaware corporation; and AMAZON.COM SERVICES LLC, a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>2BCOM, LLC, a Delaware limited liability company,<br><br>Defendant. | Case No. 8:20-cv-00822 DOC(ADSx)<br><br>Hon. David O. Carter<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(A)(2) [24]** |

Having considered the parties' Joint Motion to Dismiss Pursuant to Federal Rule of Civil Procedure 41(a)(2), it is hereby **ORDERED THAT**:

The above entitled action is dismissed it its entirety without prejudice with each party to bear its own costs and fees.

Dated: October 30, 2020

*David O. Carter*

HON. DAVID O. CARTER
U.S. DISTRICT COURT JUDGE

- 1 -